IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE UNIFIED BUDDHIST CHURCH OF VIETNAM, GIAO HOI PHAT GIAO VIET NAM THONG NHAT § § § § Plaintiff, § § VS. § UNIFIED BUDDHIST CHURCH OF § VIETNAM-GIAO HOI PHAT GIAO VIET § NAM THONG NHAT d/b/a VAN PHONG II § VIEN HOA DAO, DANG PHAM a/k/a/ § THICH GIAC DANG, STEVEN DIEU, § QUE PHUONG BUI, and PHUONG QUE § BUI, INC., § § Defendants. § | Civil Action No. 4:17-cv-01433 |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Order for Conference and Disclosure of Interested Parties, Plaintiff The Unified Buddhist Church of Vietnam, Giao Hoi Phat Giao Viet Nam Thong Nhat ("Plaintiffs") makes the following disclosure:

Plaintiff believes the following list of persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities, to the best of its knowledge, are financially interested in the outcome of this litigation.

1. The Unified Buddhist Church of Vietnam, Giao Hoi Phat Giao Viet Nam Thong Nhat, Plaintiff;

2. Unified Buddhist Church of Vietnam, Giao Hoi Phat Giao Viet Nam Thong Nhat d/b/a Van Phong II Vien Hoa Dao, Defendant;

3. Dang Pham a/k/a Thich Giac Dang, Defendant;

4. Steven Dieu, Defendant;

5. Que Phuong Bui, Defendant; and

6. Phuong Que Bui, Inc., Defendant.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any changes in the information that this statement requires.

Dated: May 22, 2017

Respectfully submitted,

**THE TAMMY TRAN LAW FIRM**
**TAMMY TRAN ATTORNEYS AT LAW, LLP**

By: /s/Tammy Tran
    TAMMY TRAN
    Attorney-in-Charge
    Texas Bar No. 20186400
    Federal Bar No. 328541
    ttran@tt-lawfirm.com
    PETE MAI
    Texas Bar No. 24029702
    Federal Bar No. 1033613
    pmai@tt-lawfirm.com
    JOHN NA
    Texas Bar No. 24074786
    Federal Bar No. 1125428
    jna@tt-lawfirm.com
    2915 Fannin
    Houston, TX 77002
    Telephone: (713) 655-0737
    Telecopier: (713) 655-0823

**Of Counsel:**

    Karen B. Tripp
    Texas Bar No. 03420850
    Southern District of Texas Bar No. 2345
    4265 San Felipe, Suite 1100
    Houston, TX  77027
    Telephone:  (713) 658-9323
    Telecopier:  (713) 968-9888

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by ECF notification on this the 22nd day of May, 2017.

                                      /s/ John Na
                                      JOHN NA