IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| THE UNIFIED BUDDHIST CHURCH § <br> OF VIETNAM, GIA HOI PHAT § <br> GIAO VIET NAM THONG NHAT § <br> § <br> V. § <br> § <br> UNIFIED BUDDHIST CHURCH OF § <br> VIETNAM – GIAO HOI PHAT GIAO § <br> VIET NAM THONG NHAT, d/b/a § <br> VAN PHONG II VIEN HOA DAO, et al § | CIVIL ACTION NO. 4:17-cv-01433 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Hector R. Chavez of the law firm of Smyser Kaplan & Veselka, L.L.P., 700 Louisiana Street, Suite 2300, Houston, Texas 77002, Telephone (713) 221-2300, Facsimile (713) 221-2320, hereby enters an appearance on behalf of Defendants Giao Hoi Phat Giao Viet Nam Thong Nhat, d/b/a Van Phong II Vien Hoa Dao, Dang Pham a/k/a Thich Giac Dang, and Steven Dieu.

662602.1

Respectfully submitted,

SMYSER KAPLAN & VESELKA, L.L.P.

By:   /s/ *Hector R. Chavez*
Jarod R. Stewart
State Bar No. 24066147
Hector R. Chavez
State Bar No. 24078335
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  (713) 221-2300
Facsimile:   (713) 221-2320
jstewart@skv.com
hchavez@skv.com

ATTORNEYS FOR DEFENDANTS GIAO HOI PHAT GIAO VIET NAM THONG NHAT, D/B/A VAN PHONG II VIEN HOA DAO, DANG PHAM A/K/A THICH GIAC DANG, AND STEVEN DIEU

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this filing via the Court's CM/ECF system on June 20, 2017.

  /s/ *Hector R. Chavez*
Hector R. Chavez

662602.1